IN THE UNITED STATES  DISTRICT  COURT
FOR THE DISTRICT  OF MARYLAND

UNITED  STATES  OF AMERICA          :
ex rel. THOMAS P. BURRIS,

                                  :          **FILED  UNDER SEAL**

      Plaintiffs,

                                    :

v.                                    CIVIL NO. CCB-15-1443

                                  :

THE  SCRIPPS  RESEARCH
INSTITUTE,                              :

      Defendant.                   :

...o0o...

**JOINT STIPULATED MOTION FOR ENTRY OF ORDER OF DISMISSAL**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the *qui tam* provisions of the False Claims  Act, 31  U.S.C.  §§ 3729, *et seq.*, and  in  accordance  with  the  terms  and conditions  of a Settlement Agreement fully  executed September 10, 2020 among the United States, Relator Thomas Burris (referred to as "Relator"), and Defendant, The Scripps Research Institute, the United States and Relator stipulate,  through their undersigned  counsel, to the entry of an order (1) dismissing  all claims in this action with prejudice  as to Relator and the United States; and (2) providing  that the Court retain jurisdiction  over any disputes that may arise regarding the Settlement  Agreement.

Relator, on behalf of himself,  his heirs, successors, attorneys, agents, and assigns, stipulate and agree that the Settlement Agreement referenced above and the terms and conditions  described therein are fair, adequate, and reasonable under all of the circumstances of this case, that he will not challenge  the settlement pursuant to 31 U.S.C. § 3730(c)(2)(B),  and that he expressly waives the opportunity  for a hearing on any objection  to the settlement under 31 U.S.C. § 3730(c)(2)(B).

2

The United States and Relator respectfully request that the Court enter an order in the form

of the attached proposed order.

Respectfully submitted,

FOR THE UNITED STATES

Jeffrey Bossert Clark
Acting Assistant Attorney General

Robert K. Hur
United States Attorney

By:_____/s/_____
Allen Loucks
Assistant United States Attorney
36 South Charles Street, Fourth Floor
Baltimore, Maryland 21201
(410) 209-4800


____/s/_____
Jamie Ann Yavelberg
Patricia L. Hanower
Yolonda Y. Campbell
Attorneys, Civil Division
United States Department of Justice
P.O. Box 261, Ben Franklin Station
Washington, D.C. 20044
(801) 325-3360


FOR THE RELATOR THOMAS BURRIS

____/s/_____

SHERRI R. SAVETT
JOY CLAIRMONT
Berger Montague
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3071

3

*/s/* _____

VINCE MCKNIGHT
Sanford Heisler Sharp, LLP
1666 Connecticut Ave., NW
Suite 300
Washington, D.C. 20009
(202) 499-5211

<u>Certificate of Service</u>

I certify that on September 22, 2020 a copy of the foregoing Notice of Joint Stipulation of Dismissal was sent by email to:

(1) Vincent McKnight, Esq., Sanford Heisler Kimpel, LLP, 1666 Connecticut Ave., N.W., Suite 300, Washington, D.C. 20009.

(2) Sherrie R. Savett, Esq., Joy P. Clairmont, Esq., and Russell Paul, Esq., Berger & Montague, P.C., 1622 Locust Street, Philadelphia, PA, 19103.

(3) Mark Allen Kleiman, Esq., Law Office of Mark Allen Kleiman, 2907 Stanford Ave., Venice, CA 90292.

       /s/       

Allen F. Loucks
Assistant United States Attorney
