IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA <br> <u>ex rel.</u> THOMAS P. BURRIS, | : | |
| | : | **FILED UNDER SEAL** |
| Plaintiffs, | : | |
| v. | | CIVIL NO. CCB-15-1443 |
| | : | |
| THE SCRIPPS RESEARCH INSTITUTE, | : | |
| Defendant. | : | |

...o0o...

## ORDER OF DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the *qui tam* provisions of the False Claims Act, 31 U.S.C. §§ 3729, *et seq.*, and in accordance with the terms and conditions of the Settlement Agreement fully executed on September 10, 2020, among the United States, Relator Thomas Burris (referred to as "Relator"), and Defendant The Scripps Research Institute, the United States filed a Joint Stipulation of Dismissal on September 22, 2020.

IT IS ORDERED that, consistent with the terms of the September 10, 2020, Settlement Agreement executed by the United States, Relator, and Defendant The Scripps Research Institute,

1. This action is dismissed with prejudice as to Relator and the United States;

2. The seal shall be lifted upon Relator's Complaint, the Joint Stipulated Motion for Entry of Order of Dismissal, this Order, and any subsequent filings in this case. All other contents of the Court's file in this action shall remain under seal and not be made public; and

3. The Court shall retain jurisdiction over any disputes that may arise regarding compliance with the Settlement Agreement.

It is so ORDERED.    The Clerk shall CLOSE this case.

_____
~~CATHERINE C. BLAKE~~ Stephanie A. Gallagher
UNITED STATES DISTRICT JUDGE